[No. 33323-6-II.   Division Two.   September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KHA DANH MAGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00246-1, Stephanie A. Arend, J., entered June 6, 2005. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 33487-9-II.   Division Two.   September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY LEE GONSALVES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00981-6, Richard A. Strophy, J., entered July 25, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33531-0-II.   Division Two.   September 12, 2006.]

*In the Matter of the Marriage of* CHARLES A.D. CANTRELL, *Appellant*, and JUSTINE LYNNETTE CANTRELL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-3-01189-3, Wm. Thomas McPhee, J., entered July 12, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33853-0-II.   Division Two.   September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC V. TRENT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 05-1-00147-8, Joel M. Penoyar, J., entered September 27, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.